MICHAEL D. GREEN, ESQ., SBN 214142
mgreen@abbeylaw.com
BRIAN G. LANCE, ESQ., SBN 300227
blance@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Plaintiff Jeremy Harkins

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

JEREMY HARKINS

Plaintiff,

v.

SUTTER COUNTY; SUTTER COUNTY'S SHERRIFF DEPARTMENT; CALIFORNIA FORENSICS MEDICAL GROUP; TAYLOR FITHIAN, M.D.; DORIS BROWN, FNP; SHERILL McGUIRE, RN; LISA ROGERS, RN; SHERIFF BRANDON BARNES; CAPTAIN DAN BUTTLER; SERGEANT HERNANDEZ; SERGEANT GARCIA; SERGEANT EATON; OFFICER E. BROOKS; OFFICER OLSON; OFFICER SANTOS; OFFICER WEATHERUP; WELLPATH MANAGEMENT, INC.; THOMAS PANGBURN, M.D. AND DOES 1-50,

Defendants.

Case No.: 2:20-CV-00347-KJM-EFB

**STIPULATION RE DISCOVERY CUT-OFF DATES & FUTURE PROCEEDINGS**

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that the following current discovery cut-off dates and future proceedings of

**(1)** **Fact Discovery**: March 29, 2021;

**(2)** **Expert Disclosures**: April 29, 2021;

**(3)** **Expert Discovery**: June 29, 2021;

**(4)** **Law and Motion**: July 29, 2021;

**(5) Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by August 30, 2021.

be continued two months, with the new dates being:

**(1) Fact Discovery**: May 29, 2021;

**(2) Expert Disclosures**: June 29, 2021;

**(3) Expert Discovery**: August 29, 2021;

**(4) Law and Motion**: September 29, 2021;

**(5) Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by October 30, 2021.

Good cause exists for this extension as discovery in this case involves numerous depositions, and discovery has been delayed due to the ongoing pandemic. Plaintiffs have also identified four additional defendants.

All parties have also agreed to private mediation with Hon Maria-Elena James, and mediation will be completed in the last week of June 2021.

This is the first request for a discovery cut-off extension.

IT IS SO STIPULATED.

DATED: February 22, 2021

ABBEY, WEITZENBERG, WARREN & EMERY

By: */s/Brian G. Lance*
Michael D. Green
Brian G. Lance
Attorneys for Plaintiff

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

DATED: February 22, 2021

LAW OFFICES OF JEROME M. VARANINI

By: */s/Jerome M. Varanini*
Jerome M. Varanini
Attorneys for Defendants, California Forensic Medical Group, Inc.; Wellpath Management, Inc.; Doris Brown, Lisa Rogers, and Sherril McGuire

DATED: February 22, 2021

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/Gregory B. Thomas*
Gregory B. Thomas
Michael A. Slater
Attorneys for Defendants Sutter County, Sheriff Brandon Barnes, Captain Dan Buttler, Sergeant Gloria Hernandez, Sergeant Jose Garcia-Cortes, Former Sergeant Lestor Eaton, Officer Ethan Brooks, Sergeant Kaitlyn Olson, Officer Laurie Helzer, and Officer Michael Weatherup

---

ORDER

The court grants the parties' request to continue, and sets the following dates:

**(1)** **Fact Discovery**: May 29, 2021;

**(2)** **Expert Disclosures**: June 29, 2021;

**(3)** **Expert Discovery**: August 29, 2021;

**(4)** **Law and Motion**: October 8, 2021; and

**(5)** **Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by October 30, 2021.

IT IS SO ORDERED.

DATED: February 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE