1   MICHAEL D. GREEN, ESQ., SBN 214142
    mgreen@abbeylaw.com
2   BRIAN G. LANCE, ESQ., SBN 300227
    blance@abbeylaw.com
3   ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
    100 Stony Point Road, Suite 200
4   P.O. Box 1566
    Santa Rosa, CA 95402-1566
5   Telephone: 707-542-5050
    Facsimile: 707-542-2589
6

7   Attorneys for Plaintiff Jeremy Harkins

8           UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9

10  JEREMY HARKINS                          )   Case No.: 2:20-CV-00347-KJM-EFB
                                            )
11                      Plaintiff,          )
                                            )   **STIPULATION RE DISCOVERY CUT-
12  v.                                      )   OFF DATES & FUTURE PROCEEDINGS**
                                            )
13  SUTTER COUNTY; SUTTER COUNTY'S          )
    SHERRIFF DEPARTMENT;                    )
14  CALIFORNIA FORENSICS MEDICAL            )
    GROUP; TAYLOR FITHIAN, M.D.;            )
15  DORIS BROWN, FNP; SHERILL               )
    McGUIRE, RN; LISA ROGERS, RN;           )
16  SHERIFF BRANDON BARNES;                 )
    CAPTAIN DAN BUTTLER; SERGEANT           )
17  HERNANDEZ; SERGEANT GARCIA;             )
    SERGEANT EATON; OFFICER E.              )
18  BROOKS; OFFICER OLSON; OFFICER          )
    SANTOS; OFFICER WEATHERUP;              )
19  WELLPATH MANAGEMENT, INC.;              )
    THOMAS PANGBURN, M.D. AND               )
20  DOES 1-50,                              )
                                            )
21                      Defendants.         )
                                            )
22  _____

23          IT IS HEREBY STIPULATED by and between the Parties, through their respective

24  counsel of record, that the following current discovery cut-off dates and future proceedings of

25          **(1)    Fact Discovery**: May 29, 2021;

26          **(2)    Expert Disclosures**: June 29, 2021;

27          **(3)    Expert Discovery**: August 29, 2021;

28          **(4)    Law and Motion**: September 29, 2021;

-1-
**STIPULATION RE DISCOVERY CUT-OFFS & FUTURE COURT PROCEEDINGS**

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

**(5)** **Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by October 30, 2021.

be continued two months, with the new dates being:

**(1)** **Fact Discovery**: September 29, 2021;

**(2)** **Expert Disclosures**: October 29, 2021;

**(3)** **Expert Discovery**: January 29, 2022;

**(4)** **Law and Motion**: February 28, 2022;

**(5)** **Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by March 28, 2022.

Good cause exists for this extension as discovery in this case involves numerous depositions, and discovery has been delayed due to the ongoing pandemic. Plaintiffs have named four additional defendants in its amended complaint. Plaintiffs are also waiting for a newly added defendant to answer the complaint.

All parties have also agreed to private mediation with Hon Maria-Elena James, and mediation will be completed in the last week of June 2021.

This is the second request for a discovery cut-off extension.


IT IS SO STIPULATED.


DATED:  May 3, 2021                    ABBEY, WEITZENBERG, WARREN & EMERY

By:   _/s/Brian G. Lance_____
        Michael D. Green
        Brian G. Lance
        Attorneys for Plaintiff

STIPULATION RE DISCOVERY CUT-OFFS & FUTURE COURT PROCEEDINGS

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

DATED:  May 3, 2021                    LAW OFFICES OF JEROME M. VARANINI

                                       By:    /s/Jerome M. Varanini
                                              Jerome M. Varanini
                                              Attorneys for Defendants, California
                                              Forensic Medical Group, Inc.; Wellpath
                                              Management, Inc.; Doris Brown, Lisa
                                              Rogers, and Sherril McGuire


DATED:  May 3, 2021                    BURKE, WILLIAMS & SORENSEN, LLP


                                       By:    /s/Gregory B. Thomas
                                              Gregory B. Thomas
                                              Michael A. Slater
                                              Attorneys for Defendants Sutter County,
                                              Sheriff Brandon Barnes, Captain Dan
                                              Buttler, Sergeant Gloria Hernandez, Sergeant
                                              Jose Garcia-Cortes, Former Sergeant Lestor
                                              Eaton, Officer Ethan Brooks, Sergeant
                                              Kaitlyn Olson, Officer Laurie Helzer, and
                                              Officer Michael Weatherup


The Court grants the parties' second request for an extension as follows:

**(1)**    **Fact Discovery**: September 29, 2021;

**(2)**    **Expert Disclosures**: October 29, 2021;

**(3)**    **Expert Discovery**: January 29, 2022;

**(4)**    **Law and Motion**: March 4, 2022;

**(5)**    **Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by March 28, 2022.

IT IS SO ORDERED.

DATED:  May 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

-3-