1  MICHAEL D. GREEN, ESQ., SBN 214142
   mgreen@abbeylaw.com
2  BRIAN G. LANCE, ESQ., SBN 300227
   blance@abbeylaw.com
3  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   100 Stony Point Road, Suite 200
4  P.O. Box 1566
   Santa Rosa, CA  95402-1566
5  Telephone:  707-542-5050
   Facsimile:  707-542-2589
6

7  Attorneys for Plaintiff Jeremy Harkins

8          UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9

10 JEREMY HARKINS                          )   Case No.: 2:20-CV-00347-KJM-JDP
                                           )
11                        Plaintiff,       )
                                           )   **STIPULATION RE DISCOVERY CUT-**
12         v.                              )   **OFF DATES & FUTURE PROCEEDINGS**
                                           )
13 SUTTER COUNTY; SUTTER COUNTY'S          )
   SHERRIFF DEPARTMENT;                    )
14 CALIFORNIA FORENSICS MEDICAL            )
   GROUP; TAYLOR FITHIAN, M.D.;            )
15 DORIS BROWN, FNP; SHERILL               )
   McGUIRE, RN; LISA ROGERS, RN;           )
16 SHERIFF BRANDON BARNES;                 )
   CAPTAIN DAN BUTTLER; SERGEANT           )
17 HERNANDEZ; SERGEANT GARCIA;             )
   SERGEANT EATON; OFFICER E.              )
18 BROOKS; OFFICER OLSON; OFFICER          )
   SANTOS; OFFICER WEATHERUP;              )
19 WELLPATH MANAGEMENT, INC.;              )
   THOMAS PANGBURN, M.D. AND               )
20 DOES 1-50,                              )
                                           )
21                        Defendants.      )
                                           )
22 _____

23        IT IS HEREBY STIPULATED by and between the Parties, through their respective

24 counsel of record, that the following current discovery cut-off dates and future proceedings of

25        **(1)**     **Fact Discovery**: September 29, 2021;

26        **(2)**     **Expert Disclosures**: October 29, 2021;

27        **(3)**     **Expert Discovery**: January 29, 2022;

28        **(4)**     **Law and Motion**: March 4, 2022;

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

-1-

**(5)** **Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by March 28, 2022.

be continued three months, with the new dates being:

**(1)** **Fact Discovery**: January 24, 2022;

**(2)** **Expert Disclosures**: February 21, 2022;

**(3)** **Expert Discovery**: May 23, 2022;

**(4)** **Law and Motion**: July 15, 2022;

**(5)** **Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by July 28, 2022.

Good cause exists for this extension as discovery in this case involves numerous depositions, and discovery has been delayed due to the ongoing pandemic. Plaintiff has also recently identified an additional defendant, Dr. Matthew Foskey, after taking the deposition of Doris Brown in August of 2021. Plaintiff will file an amended complaint shortly.

All parties have also agreed to private mediation with Hon Maria-Elena James with a deadline to mediate by January 24, 2021.

This is the third request for a discovery cut-off extension.


IT IS SO STIPULATED.


DATED:  September 22, 2021                 ABBEY, WEITZENBERG, WARREN & EMERY

By:    _/s/Brian G. Lance_____
                Michael D. Green
                Brian G. Lance
                Attorneys for Plaintiff

**STIPULATION RE DISCOVERY CUT-OFFS & FUTURE COURT PROCEEDINGS**

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

1

2     DATED:  September 22, 2021          LAW OFFICES OF JEROME M. VARANINI

3                                        By:   /s/Jerome M. Varanini
                                               Jerome M. Varanini
4                                              Attorneys for Defendants, California
                                               Forensic Medical Group, Inc.; Wellpath
5                                              Management, Inc.; Doris Brown, Lisa
                                               Rogers, and Sherril McGuire
6

7

8

9     DATED:  September 22, 2021          BURKE, WILLIAMS & SORENSEN, LLP

10
                                         By:   /s/Gregory B. Thomas
11                                             Gregory B. Thomas
                                               Michael A. Slater
12                                             Attorneys for Defendants Sutter County,
                                               Sheriff Brandon Barnes, Captain Dan
13                                             Buttler, Sergeant Gloria Hernandez, Sergeant
                                               Jose Garcia-Cortes, Former Sergeant Lestor
14                                             Eaton, Officer Ethan Brooks, Sergeant
                                               Kaitlyn Olson, Officer Laurie Helzer, and
15                                             Officer Michael Weatherup

16

17            IT IS SO ORDERED.

18     DATED:  September 22, 2021.

19

20                                       _____

21                                       CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

-3-

**STIPULATION RE DISCOVERY CUT-OFFS & FUTURE COURT PROCEEDINGS**