MICHAEL D. GREEN, ESQ., SBN 214142
mgreen@abbeylaw.com
BRIAN G. LANCE, ESQ., SBN 300227
blance@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Plaintiff Jeremy Harkins

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HARKINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUTTER COUNTY; SUTTER COUNTY'S SHERRIFF DEPARTMENT; CALIFORNIA FORENSICS MEDICAL GROUP; TAYLOR FITHIAN, M.D.; DORIS BROWN, FNP; SHERILL McGUIRE, RN; LISA ROGERS, RN; SHERIFF BRANDON BARNES; CAPTAIN DAN BUTTLER; SERGEANT HERNANDEZ; SERGEANT GARCIA; SERGEANT EATON; OFFICER E. BROOKS; OFFICER OLSON; OFFICER SANTOS; OFFICER WEATHERUP; WELLPATH MANAGEMENT, INC.; THOMAS PANGBURN, M.D. AND DOES 1-50,<br><br>　　　　　Defendants. | Case No.: 2:20-CV-00347-KJM-EFB<br><br>**STIPULATION RE DISCOVERY CUT-OFF DATES & FUTURE PROCEEDINGS; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that the following current discovery cut-off dates and future proceedings of

　　　**(1)**　**Fact Discovery**: January 24, 2022;

　　　**(2)**　**Expert Disclosures**: February 21, 2022;

　　　**(3)**　**Expert Discovery**: May 23, 2022;

　　　**(4)**　**Law and Motion**: July 1, 2022;

-1-

**STIPULATION RE DISCOVERY CUT-OFFS & FUTURE COURT PROCEEDINGS; ORDER**

      **(5)** **Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by July 28, 2022.

be continued three months, with the new dates being:

      **(1)** **Fact Discovery**: April 22, 2022;

      **(2)** **Expert Disclosures**: May 27, 2022;

      **(3)** **Expert Discovery**: July 19, 2022;

      **(4)** **Law and Motion**: September 26, 2022;

      **(5)** **Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by October 26, 2022.

    Good cause exists for this extension as discovery in this case involves numerous depositions, and discovery has been delayed due to the ongoing pandemic. Plaintiff counsel's office was recently closed due to Covid. Plaintiff has also recently had an IME conducted by Defendants' expert doctor, which took a significant amount of time to schedule as the medical issues involve complex, neurological injuries. Defendants also needed additional time to have their experts review the case in order to have the case properly worked up for mediation. Plaintiff's counsel has also recently taken the deposition of Dr. Matthew Foskey in order to continue to prepare for mediation. Dr. Foskey was recently added as a defendant in the case in September of 2021. Mediation is set for March 10, 2022 with Hon. Raul Ramirez.

    This is the fourth request for a discovery cut-off extension.

    IT IS SO STIPULATED.

DATED:  January 24, 2022        ABBEY, WEITZENBERG, WARREN & EMERY

                                    By:   */s/Brian G. Lance*
                                             Michael D. Green
                                             Brian G. Lance
                                             Attorneys for Plaintiff

**STIPULATION RE DISCOVERY CUT-OFFS & FUTURE COURT PROCEEDINGS; ORDER**

| | | |
|---|---|---|
| DATED: January 24, 2022 | | LAW OFFICES OF JEROME M. VARANINI |
| | By: | /s/Jerome M. Varanini |
| | | Jerome M. Varanini |
| | | Attorneys for Defendants, California Forensic Medical Group, Inc.; Wellpath Management, Inc.; Doris Brown, Lisa Rogers, and Sherril McGuire |

| | | |
|---|---|---|
| DATED: January 24, 2022 | | BURKE, WILLIAMS & SORENSEN, LLP |
| | By: | /s/Gregory B. Thomas |
| | | Gregory B. Thomas |
| | | Michael A. Slater |
| | | Attorneys for Defendants Sutter County, Sheriff Brandon Barnes, Captain Dan Buttler, Sergeant Gloria Hernandez, Sergeant Jose Garcia-Cortes, Former Sergeant Lestor Eaton, Officer Ethan Brooks, Sergeant Kaitlyn Olson, Officer Laurie Helzer, and Officer Michael Weatherup |

While the court approves this stipulation, the court recognizes that the new discovery dates are set for over one year later than initially scheduled in the court's June 25, 2020 order. ECF No. 30. The court will not look favorably upon a fifth request for an extension. The court encourages the parties to meet these new discovery deadlines notwithstanding any preparation necessary for the upcoming mediation.

IT IS SO ORDERED

DATED: January 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE