1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9

10   JEREMY HARKINS                          )   Case No.: 2:20-CV-00347-KJM-JDP
                                             )
11                      Plaintiff,           )   **STIPULATION AND ORDER FOR**
                                             )   **PLAINTIFF TO TAKE 14 FACT**
12          v.                               )   **DISCOVERY DEPOSITIONS PURSUANT**
                                             )   **TO RULE 30(a)(2)(A)**
13   SUTTER COUNTY; SUTTER COUNTY'S          )
     SHERIFF DEPARTMENT; CALIFORNIA          )
14   FORENSICS MEDICAL GROUP;                )
     TAYLOR FITHIAN, M.D.; DORIS             )
15   BROWN, FNP; SHERILL McGUIRE, RN;        )
     LISA ROGERS, RN; SHERIFF               )
16   BRANDON BARNES; CAPTAIN DAN             )
     BUTTLER; SERGEANT HERNANDEZ;           )
17   SERGEANT GARCIA; SERGEANT              )
     EATON; OFFICER E. BROOKS;              )
18   OFFICER OLSON; OFFICER SANTOS;         )
     OFFICER WEATHERUP; WELLPATH            )
19   MANAGEMENT, INC.; THOMAS               )
     PANGBURN, M.D. AND DOES 1-50,          )
20                                          )
                       Defendants.          )
21   _____       )

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1       IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel

2  of record, that Plaintiff may take 14 fact discovery depositions in accordance with Rule

3  30(a)(2)(A).

4  Dated:  March 14, 2022          ABBEY, WEITZENBERG, WARREN & EMERY

5

6                          By:   /s/ Michael D. Green
                                Michael D. Green

7                                  Brian G. Lance
                                Attorneys for Plaintiff Jeremy Harkins

8

9  Dated: March 14, 2022          THE LAW OFFICES OF JEROME M. VARANINI

10

11                        By:   /s/ Jerry M. Varanini
                                  Jerome M. Varanini

12                                  Attorney for Defendants
                                  California Forensic Medical Group, Inc.,

13                                  Wellpath Management, Inc., Doris Brown,
                                  Lisa Rogers, Sherrill McGuire, Genevieve

14                                  Lewis

15

16  Dated: March 14, 2022          BURKE, WILLIAMS & SORENSEN, LLP

17

18                        By:   /s/ Gregory B. Thomas
                                    Gregory B. Thomas

19                                    Michael A. Slater
                                  Attorneys for Defendant Sutter County,

20                                  Sutter County Sheriff's Department

21

22

23

24

25

26

27

28

1

**ORDER**

2

      The parties' stipulation, ECF No. 54, is approved and so ordered.

3

4

IT IS SO ORDERED.

5

6

Dated:   March 28, 2022

                                 JEREMY D. PETERSON

7

                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28