MICHAEL D. GREEN, ESQ., SBN 214142
mgreen@abbeylaw.com
BRIAN G. LANCE, ESQ., SBN 300227
blance@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Plaintiff Jeremy Harkins

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HARKINS<br><br>                Plaintiff,<br><br>        v.<br><br>SUTTER COUNTY; SUTTER COUNTY'S SHERIFF DEPARTMENT; CALIFORNIA FORENSICS MEDICAL GROUP; TAYLOR FITHIAN, M.D.; DORIS BROWN, FNP; SHERILL McGUIRE, RN; LISA ROGERS, RN; SHERIFF BRANDON BARNES; CAPTAIN DAN BUTTLER; SERGEANT HERNANDEZ; SERGEANT GARCIA; SERGEANT EATON; OFFICER E. BROOKS; OFFICER OLSON; OFFICER SANTOS; OFFICER WEATHERUP; WELLPATH MANAGEMENT, INC.; THOMAS PANGBURN, M.D. AND DOES 1-50,<br><br>                Defendants. | Case No.: 2:20-cv-00347-KJM-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINE** |

Dr. Diana Bubanja, had her deposition set for July 18, 2022. Due to unforeseen circumstances, Dr. Bubanja is now unavailable on July 18, 2022. Dr. Bubanja is available, and counsel has agreed to take her deposition on July 21, 2022.

///

///

///

///

-1-
**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINE**

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that expert discovery shall remain open to take Dr. Bubanja's deposition on July 21, 2022.

Dated: July 13, 2022        ABBEY, WEITZENBERG, WARREN & EMERY

By: */s/ Brian G. Lance*
    Michael D. Green
    Brian G. Lance
    Attorneys for Plaintiff Jeremy Harkins

Dated: July 14, 2022        Medical Defense Law Group

By: */s/ Paul Cardinale*
    Paul Cardinale
    Attorney for all Defendants

IT IS SO ORDERED.

Dated:   July 18, 2022                    _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE

-2-
**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINE**