Paul A. Cardinale, State Bar No. 215812
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
Email: paul.cardinale@med-defenselaw.com

Attorneys for Defendants CALIFORNIA MEDICAL GROUP, INC.; WELLPATH MANAGEMENT, INC.; DORIS BROWN, FNP; SHERILL McGUIRE, R.N. and LISA ROGERS, R.N.; SUTTER COUNTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF SACRAMENTO

| | |
|---|---|
| JEREMY HARKINS, | CASE NO.: 2:20-CV-00347-KJM-JDP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINE** |
| SUTTER COUNTY; SUTTER COUNTY'S SHERIFF DEPARTMENT; CALIFORNIA FORENSICS MEDICAL GROUP; TAYLOR FITHIAN, M.D.; DORIS BROWN, FNP; SHERILL McGUIRE, R.N.; LISA ROGERS, R.N.; SHERIFF BRANDON BARNES; CAPTAIN DAN BUTTLER; SERGEANT HERNANDEZ; SERGEANT GARCIA; SERGEANT EATON; OFFICER E. BROOKS; OFFICER OLSON; OFFICER SANTOS; OFFICER WEATHERUP; WELLPATH MANAGEMENT, INC. | |
| Defendants. | |

1

Defendants' Expert Kimberly Pearson had her deposition set for July 19, 2022. Due to illness, Ms. Pearson was unable to complete her deposition on July 19, 2022. Ms. Pearson is available, and counsel has agreed to take her deposition, on July 29, 2022.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that expert discovery shall remain open to take Kimberly Pearson's deposition on July 29, 2022.

Dated: July 22, 2022                    MEDICAL DEFENSE LAW GROUP

                                        By:   /s/ Paul A. Cardinale
                                              Paul A. Cardinale
                                              Attorney for all Defendants

Dated: July 22, 2022                    ABBEY, WEITZENBERG, WARREN & EMERY

                                        By:   /s/ Brian G. Lance
                                              Michael D. Green
                                              Brian G. Lance
                                              Attorneys for Plaintiff Jeremy Harkins

IT IS SO ORDERED.

Dated:   July 26, 2022                  _____
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE